# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Madison
County/Parrish: Dane

**Related Case Information:** 22 CR 020 WMC
Superseding Docket Number
Same Defendant      New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20 / R40 from District of

**Defendant information:**
Matter to be Sealed      Yes      ✓ No
Def. Name: Stephanie Petersen
Alias Name:
City/State: Madison, WI
Year of Birth: 1991      Last 4 digits of SSN: 9782
Sex: Female      Race: White

**U.S. Attorney Information:**
AARON D. WEGNER      Bar #:
Interpreter:  ___ No  ___ Yes      List language and/or dialect:

**Location Status:**
Arrest Date:
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1      ___ Petty   ___ Misdemeanor   ✓ Felony
            ___ Class A
            ___ Class B
            ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 843(a)(3) | acquire or obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception, or subterfuge; | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: February 16, 2022      Signature /s/      AARON D. WEGNER